

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| SUSAN GILFOIL,<br>On behalf of herself and all others similarly situated,<br>   Plaintiff,<br><br>VS.<br><br>BANCORPSOUTH, INC.,<br><br>   Defendant. | CIVIL ACTION NO. 5:06cv35 DCB-JMR |

## FINAL ORDER OF DISMISSAL

This matter having come before the Court pursuant to a Stipulation of Voluntary Dismissal With Prejudice entered into by the parties hereto, by their respective attorneys, it is hereby

ORDERED, this case is hereby finally dismissed, with prejudice.

SO ORDERED, this the 24th day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

AGREED AS TO FORM:

/s/ Louis H. Watson with permission
LOUIS H. WATSON
ATTORNEY FOR PLAINTIFF


/s/ Paul O. Miller, III
PAUL O. MILLER, III
ATTORNEY FOR DEFENDANT

JO.99359927.1